IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                                    Chapter 13

    David J. Clemens and                          Case No. 08-20493
    Angela M. Clemens,

          Debtor(s).                              Honorable Susan Pierson Sonderby

## NOTICE OF MOTION

TO:    See attached Service List

    On July 7, 2011, at 9:30 a.m., I shall appear before Bankruptcy Judge Susan Pierson Sonderby, 219 South Dearborn Street, Courtroom 642, Chicago, Illinois 60604, or in her absence, before such other Bankruptcy Judge as may be presiding in her place and stead, and shall then and there present the attached Motion for Relief from Automatic Stay filed by PNC Mortgage, a division of PNC Bank, National Association, successor by merger to National City Mortgage, a division of National City Bank, at which time and place you may appear if you so see fit.

                                    HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
                                    Attorneys at Law
                                    Faiq Mihlar (ARDC #06274089)
                                    Heather M. Giannino (ARDC #6299848)
                                    111 East Main Street, Suite #200
                                    Post Office Box 740
                                    Decatur, Illinois 62525-0740
                                    (217) 422-1719

STATE OF ILLINOIS
COUNTY OF MACON

    I, Faiq Mihlar, an attorney, being first duly sworn upon oath, depose and state that I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 27th day of June, 2011.

                                                          */s/ Faiq Mihlar*
                                                          Faiq Mihlar

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                                     Chapter 13

    David J. Clemens and                               Case No. 08-20493
    Angela M. Clemens,

                Debtor(s).                                Honorable Susan Pierson Sonderby

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES PNC Mortgage, a division of PNC Bank, National Association, successor by merger to National City Mortgage, a division of National City Bank, (hereinafter referred to as "Movant") by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and moves for the entry of an Order granting relief from the Automatic Stay pursuant to the United States Bankruptcy Code, Section 362(d), or in the alternative to dismiss, and as cause for its motion states as follows:

    1. On August 6, 2008, the Debtor(s) filed the instant case pursuant to 11 U.S.C. Chapter 13, listing Movant as a secured creditor by virtue of a Note secured by a mortgage on the Debtors' real estate commonly known as 8442 Laramie Ave., Burbank, Illinois 60459 (Real Estate). The Mortgage and Note are dated February 4, 2005.

    2. Payments under the terms of said Note and Mortgage are in default and the loan is currently due for the monthly installment payment due March 1, 2011, and for all succeeding monthly installments due thereafter.

    3. Since the filing of the instant case, post-petition mortgage defaults have accrued in the amount of $6,977.51; including four mortgage payments for the months of March 2011 through June 2011 in the amount of $1,547.25 per month; filing costs of $150.00, and attorney's fees of $650.00. Less funds in Debtors' suspense account in the approximate amount of $11.49.

    4. The payoff figure on the aforementioned Note exceeds $182,594.79.

    5. There is currently a continuing daily increase in the total indebtedness due under the Note and Mortgage and chargeable against the Real Estate for interest and costs due under the Note and Mortgage all of which results in Movant being deprived of adequate protection as a secured lien holder with respect to said Real Estate.

-3-

**This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.**

### NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation, which is the subject of the attached motion.

7. Written requests should be addressed to Heavner, Scott, Beyers & Mihlar, LLC, 111 East Main Street, Suite 200, Decatur, Illinois 62523.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.