UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )
David J. Clemens and                      )    Case No. 08-20493
Angela M. Clemens,                        )
                                          )
                                          )
              Debtor(s).                  )

### NOTICE OF DEFAULT AND FAILURE TO COMPLY WITH ORDER

     NOW COMES, PNC Mortgage, a division of PNC Bank, National Association, successor by merger to National City Mortgage, a division of National City Bank, by its attorneys, Heavner, Scott, Beyers & Mihlar, LLC, and hereby gives notice that the Debtors have failed to comply with the Order entered on July 21, 2011. Pursuant to the Order, the Debtors were to cure the post-petition default and were to make monthly post-petition payments in a timely manner. The Debtors have failed to make the monthly post-petition payments for the months of November 2011 and December 2011. In addition, the Debtors have failed to tender the monthly payments to cure the post-petition default for the month of November 2011, and pursuant to said Agreed Order have fourteen (14) days to pay all delinquent amounts owed, plus any amounts accruing during said period. The amount due as of December 23, 2011, will be $5,055.08.

DATED: December 9, 2011

                                          PNC Mortgage, a division of PNC Bank, National Association, successor by merger to National City Mortgage, a division of National City Bank,

                                          By:    /s/ Heather M. Giannino
                                                    Heather M. Giannino of
                                                    Heavner, Scott, Beyers & Mihlar, LLC

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Post Office Box 740
Decatur, Illinois 62525-0740
Telephone: (217) 422-1719

-2-

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, with postage fully prepaid and by depositing said envelope in a U.S. Post Office Mail Box in Decatur, Illinois on the 9th day of December, 2011.

David J. Clemens
8442 Laramie Ave.
Burbank, IL  60459

Angela M. Clemens
8442 Laramie Ave.
Burbank, IL  60459

David P. Lloyd
Grochocinski, Grochocinski & Lloyd
1900 Ravinia Place
Orland Park, IL  60462

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL  60603

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street, Room 873
Chicago, IL  60604

                                                                /s/ *Heather M. Giannino*
                                                                 Heather M. Giannino